ent.— Order affirmed, with ten dollars costs and disbursements, upon the ground that, while we think the original motion to open the default might well have been granted, we conclude that the plaintiff's remedy was to appeal from the first Special Term order denying that motion, or to renew the motion with the consent of the judge presiding at that Special Term. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

BROOKLYN MASTER BAKERS' PURCHASING ASSOCIATION, INC., Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ.

THOMAS E. BROWN, JR., and EDWARD H. WILSON, Respondents, v. THE MAZE REALTY COMPANY and LOUIS W. MAIER, Appellants. (Appeal No. 1.) — Order modified so as to provide that the motion be granted on payment of ten dollars costs to each of the defendants; and as so modified the order is affirmed, without costs. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

THOMAS E. BROWN, JR., and EDWARD H. WILSON, Respondents, v. THE MAZE REALTY COMPANY and LOUIS W. MAIER, Appellants. (Appeal No. 2.) — Order affirmed, without costs. Prior to the argument of defendants' motion for judgment upon the pleadings, the court heard and granted a motion to strike out one of the plaintiffs, substituting him as a party defendant, amending the summons and allowing service of an amended complaint. This order is the subject of a separate appeal, decided herewith. [Brown v. Maze Realty Co., No. 1, ante, p. 921.] The order obviated the objection as to misjoinder presented by the demurrer. As to the objection that the complaint does not state facts sufficient to constitute a cause of action, it is not drawn with all the accuracy which might be desired, and the allegation that the former action was settled for " certain considerations " may be open to criticism as presenting subject-matter for an attorney's lien. But upon all of the facts alleged and the legitimate inferences therefrom, to be resolved in plaintiffs' favor upon this motion, we think the allegation was good against demurrer. The court has allowed service of an amended complaint which will take the place of the pleading now criticized, and the learned counsel for defendants appears to concede in his points upon this appeal that there was a money payment upon the settlement made without knowledge of the plaintiffs. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

JOSEPH BRUSKOVICH, as Administrator, etc., of VERONICA BRUSKOVICH, Deceased, Respondent, v. SLAVONIAN COAL AND SUPPLY COMPANY, Appellant, Impleaded with ANTONIO POLICINO, Defendant.— Judgment reversed as to the defendant Slavonian Coal and Supply Company, and new trial granted, with costs to abide the event. The finding of fact implied in the verdict of the jury that Policino was the employee of that defendant reversed. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur. Settle order on notice.

FRED S. BRYANT and EMMA H. BRYANT, Respondents, v. EDNA B. LEWIS and Others, Defendants, Impleaded with 10 BAYLEY AVENUE, INC.,